COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No. 01-12-01148-CR; *Rodolfo Dominguez v. The State of Texas*
    On Appeal from the 400th District Court of Fort Bend County, Texas
    Trial Court Cause No. 08-DCR-49886

On September 18, 2013, counsel for appellant filed a Notice of Intent to File Brief After the Due Date. To the extent this notice could be construed as a request for extension of time to file appellant's brief, it is **DENIED**. Counsel, by accepting representation in this case, obligated himself to meet the existing deadlines. Appellant is hereby **ORDERED** to file a brief by **September 30, 2013**, or this case will be abated and remanded to the trial court for a hearing pursuant to TEX. R. CIV. P. 38.8(b)(2).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    X  Acting individually    □  Acting for the Court

Date: September 20, 2012

1